**Order entered July 14, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00878-CR

**MARIO LOPEZ JUCUP, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F10-55339-R**

## ORDER

Appellant has informed the Court that he wishes to file a pro se response to the *Anders* brief filed by appellate counsel. Accordingly, we **ORDER** appellate counsel April Smith to provide appellant with copies of the clerk's and reporter's records. We further **ORDER** Ms. Smith to provide this Court, within **THIRTY DAYS** of the date of this order, with written verification that the record has been sent to appellant.

Appellant's pro se response is due by **OCTOBER 1, 2014**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Mark Stoltz, Presiding Judge, 265th Judicial District Court; Mary Snider, official court reporter, 265th Judicial District Court; Gary Fitzsimmons, Dallas County District Clerk; April Smith; and Michael Casillas.

We **DIRECT** the Clerk to send a copy of this order, by first-class mail, to Mario Jucup, TDCJ No. 1870734, Holliday Unit, 295 I.H. 45 North, Huntsville, Texas 77320-8443.

/s/     LANA MYERS  
            JUSTICE